**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Kamiak Vineyards Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **91-1023670** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **531 Levey Road**<br>**Pasco, WA 99301**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Franklin**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __1113__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Gordon Brothers Cellers, Inc.** | Relationship | _____ |
| District | **Eastern District of Washington** | When | _____ | Case number, if known | _____ |

20-02003-WLH11    Doc 1    Filed 11/06/20    Entered 11/06/20 15:17:38    Pg 2 of 46

20-02003-WLH11    Doc 1    Filed 11/06/20    Entered 11/06/20 15:17:38    Pg 3 of 46

**11. Why is the case filed in** *this district?*

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency   _____
         Contact name       _____
         Phone              _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

20-02003-WLH11    Doc 1    Filed 11/06/20    Entered 11/06/20 15:17:38    Pg 4 of 46

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  6, 2020**
               MM / DD / YYYY

**X** **/s/ Jeffrey J. Gordon**                                    **Jeffrey J. Gordon**
Signature of authorized representative of debtor                   Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ John W. O'Leary WSBA**                    Date **November  6, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**John W. O'Leary WSBA #33004**
Printed name

**Hames, Anderson, Whitlow & O'Leary**
Firm name

**601 W. Kennewick Ave**
**P.O. Box 5498**
**Kennewick, WA 99336**
Number, Street, City, State & ZIP Code

Contact phone  **509-586-7797**    Email address  **johno@hawlaw.com**

**WSBA #33004 WA**
Bar number and State

# Kamiak Vineyards, Inc.
## Balance Sheet
### As of November 3, 2020

4:37 PM
11/03/2020
Cash Basis

| | Nov 3, 20 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| 1012.00 · Checking - Bank of Eastern WA | -1,083.10 |
| 1012.10 · Banc Control Account - BOEW | 101.16 |
| 1013.00 · Checking - Community First | -26,458.21 |
| **Total Checking/Savings** | -27,440.15 |
| Other Current Assets | |
| 1030.00 · GBC Receivables | |
| 1030.01 · Misc GBC Receivables | 1,529.60 |
| 1030.10 · 2018 Grapes to GBC | 295,527.15 |
| Total 1030.00 · GBC Receivables | 297,056.75 |
| 1030.30 · Other Receivables | -456.63 |
| **Total Other Current Assets** | 296,600.12 |
| **Total Current Assets** | 269,159.97 |
| Fixed Assets | |
| 1051.00 · Farm Equipment | 969,757.01 |
| 1052.00 · Vehicles | 192,032.95 |
| 1053.00 · Office Equipment | 12,485.79 |
| 1060.00 · Land Improvement | 255,756.70 |
| 1065.00 · Buildings | 48,005.00 |
| 1070.00 · Major Repairs | 6,651.42 |
| 1072.00 · Cherry Trees | 84,393.45 |
| 1080.00 · Vineyard | 30,126.74 |
| **Total Fixed Assets** | 1,599,209.06 |
| Other Assets | |
| 1086.00 · Accumulated Depreciation | -1,420,524.96 |
| 1090.00 · Loan Costs | 17,245.00 |
| 1095.00 · Accumulated Amoritization | -17,244.75 |
| **Total Other Assets** | -1,420,524.71 |
| **TOTAL ASSETS** | 447,844.32 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2025.00 · Accounts Payable | -65.06 |
| **Total Accounts Payable** | -65.06 |
| Credit Cards | |
| 2100.00 · Credit Cards | |
| 2100.20 · KVI Capital One Visa | 22,889.28 |
| 2100.30 · John Deere Financial Multi-Use | 20,896.58 |
| Total 2100.00 · Credit Cards | 43,785.86 |

| | | |
|---|---|--:|
| Total 2100.00 · Credit Cards | | 43,785.86 |
| Total Credit Cards | | 43,785.86 |
| Other Current Liabilities | | |
| 2017.10 · Line of Credit - Bank of E WA | | 501,757.01 |
| 2020PPP · SBA PPP 2020 | | 54,500.00 |
| 2200 · Payroll Liabilities | | |
| 2200.00 · Federal 943 | | 30.00 |
| 2205.00 · Federal 940 | | 2.35 |
| 2210.00 · L&I | | 2,641.78 |
| 2215.00 · ESD | | 1,310.41 |
| 2220.00 · FMLA | | 36.04 |
| 2222.00 · Unclaimed Wages | | 107.38 |
| Total 2200 · Payroll Liabilities | | 4,127.96 |
| 2310.00 · Loan from J&V Gordon - 2019 | | -16,000.00 |
| 2330.00 · Loan from R. Reimann - 2019 | | 100,000.00 |
| 2340.00 · SBA Disaster Loan | | 149,900.00 |
| Total Other Current Liabilities | | 794,284.97 |
| Total Current Liabilities | | 838,005.77 |
| Long Term Liabilities | | |
| 2300.00 · Loan from Jeff Gordon | | 1,217,398.68 |
| 2320.00 · Loan from GBC | | 50,589.91 |
| 2370.00 - Hapo Loan 2014 Ford F-250 | | 42,310.32 |
| Total Long Term Liabilities | | 1,310,298.91 |
| Total Liabilities | | 2,148,304.68 |
| Equity | | |
| 3000.00 · Capital | | 30,000.00 |
| 3001.00 · Paid In Capital | | 8,519.24 |
| 3002.00 · Capital Stock - Bill Gordon | | 30,000.00 |
| 3010.00 · Treasury Stock | | -128,675.00 |
| 3100.00 · Retained Earnings | | -1,214,215.01 |
| Net Income | | -395,939.76 |
| Total Equity | | -1,670,310.53 |
| **TOTAL LIABILITIES & EQUITY** | | **477,994.15** |

# AGRICULTURAL FINANCIAL STATEMENT

NAME: Kamiak Vineyards, Inc.
ADDRESS: 531 Levey Road, Pasco, WA 99301

DATE: # 9/30/2020
TELEPHONE #: 509 547-6224

This financial statement is a statement of the finacial condition of: Kamiak Vineyards, Inc.　　　　as of: 9/30/2020

| ASSETS | Market Value | LIABILITIES | Market Value |
|---|---|---|---|
| CURRENT | | CURRENT: | |
| Cash on hand and in Bank | $　111 | Notes Payable Operating | $　651,757 |
| Cash in Other Banks | 29,997 | Short Term Notes Payable to Other Banks | |
| Accounts Receivable- Due within 12 months: Sch. B | | Accounts Payable | 139,000 |
| Notes Receivable- Due within 12 months: Sch. B | | Accrued Interest - Operating & Account | |
| (do not include amounts due from partners, | | Due Relatives, Partners, etc. | |
| relatives, employees, etc. See Below) | | Taxes Due Inheritance. (Principal Only) | |
| Market Livestock: Sch. E | - | Term Debt Payments Due Within 12 Months | |
| Farm Products on Hand for Sale: Sch. C | | Real Estate (Principal Only) - Sch. A | - |
| Farm Products on Hand not for Sale: Sch. D | | Installment Loans (Prin. Only) - Sch. J | 263,811 |
| Cash Investment in Growing Crops: Sch. F | 353,259 | Other Contracts (Prin. Only) | - |
| Misc. Supplies (Fertilizers, Sprays, etc.) | | Accrued Interest To Date - Term Debt | - |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CURRENT ASSETS | $383,367 | TOTAL CURRENT LIABILITIES | $1,054,567 |
| INVESTMENTS: | | LOANS SECURED BY INVESTMENTS | |
| Stocks & Bonds-Marketable: Sch. G | - | Loans Secured by Stocks & Bonds in Sch. G | |
| Cash Value Life Insurance: Sch. H | - | Loans Secured by Cash Value of Life Insurance | |
| | | | |
| TOTAL INVESTMENTS & INTERMEDIATE ASSETS | | TOTAL LIABILITIES AGAINST INVESTMENTS | - |
| OTHER ASSETS: | | LONG TERM LIABILITIES: | |
| Stocks & Bonds Not Readily Marketable: Sch. G | - | | |
| (incl. Coop Revolving Certs., etc.) | | Real Estate Mortgages/Contracts: Sch. A. | |
| Machinery & Equipment: Attach listing | 516,739 | Other Long Term Liabilities (Due after 12 Mo) Sch J | 263,811 |
| Livestock, Base Herd: Sch. I | - | | |
| Real Estate & Improvements: Sch. A. | 2,161,175 | | |
| Notes & Accts. Rec. - Related Parties - Sch B | 504,954 | | |
| Notes Rec.: Due after 12 months: Sch. B | | | |
| Household Goods & Personal Property | | | |
| | | | |
| | | | |
| | | TOTAL DEFERRED LIABILITIES | 263,811 |
| | | TOTAL LIABILITIES | $　1,318,378 |
| | | NET WORTH | $　2,247,858 |
| | | TOTAL LIABILITIES & NET WORTH | $　3,566,235 |
| TOTAL INVESTMENTS & OTHER ASSETS | $3,182,868 | Current Ratio - 0.36 | Working Capital ($671,200) |
| TOTAL ASSETS | $3,566,235 | Debt to Equity - 0.59 | Debt to Assets - 37% |

I (we) hereby affirm that the foregoing information contained in this financial statement is presented for the purposes of obtaining credit as of the dated indicated
and is true, complete and correct. I (we) understand Bank Reale is relying on this statement of financial condition in making loan(s) to me, Bank Reale
is authorized to make any investigation of my credit either directly or through any agency employed by Bank Reale for that purpose.
Bank Reale may disclose to any other interested parties the results of such investigation(s) and Bank Reale's experience with this account.
I agree to inform the bank immediately of any matter which will cause any significant change in my financial condition. I understand that Bank Reale
will retain this financial statement whether or not credit is granted.

B61

_____
Authorized Signature

_____
Date Signed

_____
Authorized Signature

_____
Date Signed

| NAME: | Kamiak Vineyards, Inc. | DATE: | 9/30/2020 |
|---|---|---|---|
| ADDRESS: | 531 Levey Road, Pasco, WA 99301 | Telephone #: | 509 547-6224 |

**SCHEDULE A: LIST OF REAL ESTATE AND IMPROVEMENTS AND ENCUMBERANCES (if any)**

| # | Description and Location of Property | Acres | Cost or Basis | Market Value Land | Improvements | Title in Names |
|---|---|---|---|---|---|---|
| 1 | Shop, Cold Room, Office | | | | 250,175 | |
| 2 | Grapes | 105 | 15,000 | | 1,575,000 | Land value in I-Max |
| 3 | Cherries | 42 | 8,000 | | 336,000 | Land value in I-Max |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| | Totals | 147 | $23,000 | $ - | $ 2,161,175 | |

| # | Lienholder (if a | Balance | Terms Payment Dates | Payment Amounts | Principal due next 12 months | Interest Rate | Accrued Interest |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | Totals | $ - | | $ - | $ - | $ - | |

**SCHEDULE B: NOTES and ACCOUNTS RECEIVABLE (List 1- Companies, 2- Individuals,  etc.)**

NOTES RE

| Debtors | Due Date | Payment Amount | Rate | Balance | Principal due Next 12 months | Collateral |
|---|---|---|---|---|---|---|
| | | | | | | |
| Total Notes Receivable | | - - | | - | - | |

ACCOUNTS RECEIVABLE

| Debtor | Amount Due | Date Due | Terms | Collateral |
|---|---|---|---|---|
| | | | | |
| Total Accounts Receivabl | $ - | | | |

ACCOUNTS & NOTES RECEIVABLE (Relatives & Inter Company)

| Debtor | Due Date | Amount | Rate | Payments | Collateral | |
|---|---|---|---|---|---|---|
| GBC - 2018 Grapes | Apr-19 | 303,974 | | | | |
| GBC - 2019 Grapes | Dec-19 | 100,490 | | | | N49 |
| GBC - 2019 Grapes | Apr-20 | 100,490 | | | | |
| Total Accounts Receivable (Related) | | $ 504,954 | | | | |

**SCHEDULE C: FARM PRODUCTS ON HAND FOR SALE**

| Description | No. of Units | Unit | Value per Unit | Total Value | Sale Date | Location |
|---|---|---|---|---|---|---|
| Organic Alfalfa | 180 | Ton | 200.00 | 36,000 | | |

|  | | | | Totals | $ | 36,000 |  |
| --- | --- | --- | --- | --- | --- | --- | --- |

## SCHEDULE D: FARM PRODUCTS ON HAND (not for sale)

| Description | No. of Units | Unit | Value per Unit | Total Value | Location |
| --- | --- | --- | --- | --- | --- |
|  |  |  |  | - |  |
|  |  |  | - | - |  |
|  |  |  | - | - |  |
|  |  |  |  | - |  |
|  |  |  |  | - |  |
|  |  |  |  | - |  |
|  |  |  |  | - |  |
|  |  | Totals | | $ - | |

# FINANCIAL STATEMENT DETAIL

NAME: Kamiak Vineyards, Inc.
DATE: 9/30/2020
ADDRESS: 531 Levey Road, Pasco, WA 9930
Telephone # 509 547-6224

## SCHEDULE E: MARKET LIVESTOCK

| Number | Description | Age | Weight | Value per lb. | Value per head | Total Value |
|---|---|---|---|---|---|---|
| | | | | | - | - |
| | | | | | - | - |
| | | | | | - | - |
| | | | | | - | - |
| | | | | | - | - |
| | | | | | - | - |
| | | | | Total | $ | - |

Livestock Brand
Brand:
Location:

## SCHEDULE F: CASH INVESTED IN GROWING CROPS

| Dscription | $ per acre | No. Acres | Cost to Date |
|---|---|---|---|
| Grapes Expenses | | | 193,459 |
| Cherries Expenses | | | 126,997 |
| Hay Expenses | | | 32,803 |
| | | | - |
| | | | - |
| | | Total | $ 353,259 |

## SCHEDULE G: STOCKS AND BONDS

| Description | Symbol | No. Shares | Price/Share | Value |
|---|---|---|---|---|
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | Total | $ - |

### UNLISTED STOCKS (Wholly owned companies, etc.)

| Description | % / Shs Owned | Value/Share | Total Value |
|---|---|---|---|
| | | | |
| | | Total | $ - |

## SCHEDULE H: LIFE INSURANCE

| Name of Company | Beneficiary | Face Value | Cash Value |
|---|---|---|---|
| | | | |
| | | | |
| | Totals | $ - | |

## SCHEDULE I: DESCIPTION OF BREEDING LIVESTOCK

| Number | Dscription | Breed | Age | Weight | Value per Head | Total Value |
|---|---|---|---|---|---|---|
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | Totals | $ - |

R52

Livestock Brand
Brand
Location

## INSURANCE

| On Auto & Trucks | P/L: | | P/D: | |
|---|---|---|---|---|
| Collision | Yes | x No | | |
| Physical Damage on Machinery | Yes | x No | | |
| Fire Insurance on Buildings | Yes | x No | | |

Type of Coverage on Crops: _____

## CONTINGENT LIABILTIES

| Debtor/Creditor | Terms | Balance | Comments |
|---|---|---|---|
| | Date & Amount of Payments | | |
| | | | |
| | | | |
| | | | |
| | Totals | $ - | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME: | Kamiak Vineyards, Inc. | | | | | DATE: 9/30/2020 | |
| ADDRESS: | 531 Levey Road, Pasco, WA 9 | | | | | Tel 509-547-8224 | |

### SCHEDULE J: NOTES AND ACCOUNTS PAYABLE

| ACCOUNTS PAYABLE | Due Date | Amount Due | Rate | Balance | Collateral (if any) | | Finance Charge |
|---|---|---|---|---|---|---|---|
| Various Venders | | | | 96,645 | | | |
| Credit Cards | | | | 42,355 | | | |
| | | | | | | | |
| | | | | | | | |
| Total Accounts Payable | | | | $ 139,000 | | $ | - |

| N | Payments | | | | Principal Due | If Secured: | Accrued Interest |
|---|---|---|---|---|---|---|---|
| Creditors | Date Due | Amount Due | Rate | Balance | Next 12 months | Show Collateral | |
| | | | | | | | |
| Ford Credit | | | | 13,811 | - | 2017 Ford F-150 | |
| R. Reimann | | | | 100,000 | | | |
| EIDL | | | | 150,000 | | | |
| | | | | | | | |
| To | | | | $ 263,811 | $ - | | $ - |

| OTHER CONTRACTS PAYABLE | Due Date | Amount Due | Rate | Balance | Collateral (if any) | | Finance Charge |
|---|---|---|---|---|---|---|---|
| | | | | - | | | |
| | | | | - | | | |
| | | | | - | | | |
| Total Accounts Payable | | | | $ - | | $ | - |

### SCHEDULE K: LEASE AGREEMENTS (Land & Equipment)

| Payable to: | Description | Payments | | Due | Balance |
|---|---|---|---|---|---|
| | | Date Due | Amount Due | 12 Months | Owing |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals | | | $ - | | |

### OTHER SOURCES OF INCOME

P50

| Source | Amount | |
|---|---|---|
| Salary or Wages | | |
| Bonus & Commissions | | |
| Dividends & Interest | | |
| Rentals Received | | |
| Other Income: | | |
| Other Income: | | |
| Other Income: | | |
| Total | | |

NOTE: You need not disclose income from alimony, child support, or maintenance payments
if you do not rely on this income for credit worthiness.

### GENERAL INFORMATION

| MARRIED | SEPARATED | UNMARRIED (single, widowed, divorced) |
|---|---|---|

| | |
|---|---|
| Date of Birth: | Social Security Number |
| Have you made a will ?: | Name of your Personal Representative: |
| Are there other names which you are doing | |
| Have you ever taken bankruptcy ?: | Have you ever given a deed in lieu of foreclosure? |
| Have you filed all required income tax returns | |
| Describe any pending suits or Legal Actions: | |

# Kamiak Vineyards, Inc.

**2020 Budget**

## REVENUE

Revenue Source:

- Chardonnay GE
- Cab Sauv Clone 6 GE
- Merlot GE
- Gewurztraminer GE
- Cab Sauv Clone 4 GE
- Syrah GE
- Cab Sauv Clone 6 GE
- Tempranillo GE
- Malbec GE
- Petit Verdot GE
- Petite Sirah GE
- Alicante Bouschet GE
- Cab Franc GE
- Chardonnay
- Cab Sauv Clone 8
- Merlot
- Gewurztraminer
- Cab Sauv Clone 4
- Syrah
- Cab Sauv Clone 6
- Tempranillo
- Malbec
- Petit Verdot
- Petite Sirah
- Alicante Bouschet
- Cab Franc
- Chenin Blanc
- Alfalfa Hay O
- Block 27 Lease

Production Income

**OTHER FUNDING SOURCES:**

- New Term Debt
- Government Payments
- Crop Insurance Proceeds
- Asset Sales
- Bank Line of Cash
- Payments from GRC for 2018 & 2019 Grapes

Total Other Funds

Total Revenues

## EXPENSES

OPEX/EBITDA

- Labor
- Contract Labor
- Chemicals
- Fertilizer
- Pollination Costs
- Fuel & Lubrication
- Irrigation Power
- Utilities
- Repairs/Maintenance
- Supplies
- Office Supplies
- Equipment Rental
- Family Living
- Misc
- Admin
- Custom Hire

Financial projection spreadsheet (monthly columns with annual total).

| | Total |
|---|---|
| Mortgage (BLV, M&M) | 34,464 |
| J & V Rent | 79,206 |
| Shareholder Interest | 0 |
| Interest Other | 5,677 |
| Insurance Life & LTC | 13,634 |
| Insurance WSP/CA WSP | 33,389 |
| Payroll Taxes | 65,435 |
| RE Taxes | 18,180 |
| Improvements | 0 |
| Advertising/Promotion | 480 |
| Contributions/Donation | 2,295 |
| Farm Insurance (TLW) | 15,828 |
| Replant/New planting | 7,667 |
| Leased land | 1,000 |
| Plant/Soil Analysis | 0 |
| Crop Insurance | 6,240 |
| Personal Expenses | 6,036 |
| | 0 |
| **Trilogy Exp's** | **489,733** |

**DEBT SERVICE REQUIREMENTS:**

| | Total |
|---|---|
| Mower | 0 |
| Gator | 2,679 |
| (50,000) | 8,117 |
| Bank of Eastern Washington | 150,000 |
| **Total Debt Service Req's** | **160,796** |

**CAPITAL PURCHASES:**

| | Total |
|---|---|
| Misc Cap Purchases | 0 |
| Total Cap Expenses | 0 |
| **TOTAL EXPENSES** | **5,953,130** |

| | Total |
|---|---|
| Beginning Cash Balance | (318,704) |
| Monthly CASH FLOW | |
| Cumulative CASH Flow | (319,700) |

**Grape income based on historical contract data, and Washington Winegrowers pricing.

20-02003-WLH11    Doc 1    Filed 11/06/20    Entered 11/06/20 15:17:38    Pg 15 of 46

# U.S. Corporation Income Tax Return

Form **1120**
Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

**2019**

For calendar year 2019 or tax year beginning _____, 2019, ending _____, 20 ____

► Go to *www.irs.gov/Form1120* for instructions and the latest information.

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name: **Kamiak Vineyards Inc**
Number, street, and room or suite no. If a P.O. box, see instructions.
**531 Levey Road**
City or town, state or province, country, and ZIP or foreign postal code
**Pasco**     **WA 99301**

**B Employer identification number**   91-1023670
**C Date incorporated**   01/10/1978
**D Total assets** (see instructions)   $ 996,762

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | Amount |
|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | 738,813 |
| | b | Returns and allowances | 1b | |
| | c | Balance. Subtract line 1b from line 1a | 1c | 738,813 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 738,813 |
| | 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| | 5 | Interest | 5 | |
| | 6 | Gross rents | 6 | 17,550 |
| | 7 | Gross royalties | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 | Other income (see instructions—attach statement)   *Other Income Statement* | 10 | 186,871 |
| | 11 | **Total income.** Add lines 3 through 10 ► | 11 | 943,234 |
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions—attach Form 1125-E) ► | 12 | |
| | 13 | Salaries and wages (less employment credits) | 13 | 253,850 |
| | 14 | Repairs and maintenance | 14 | 40,491 |
| | 15 | Bad debts | 15 | |
| | 16 | Rents | 16 | 80,226 |
| | 17 | Taxes and licenses | 17 | 46,654 |
| | 18 | Interest (see instructions) | 18 | 11,909 |
| | 19 | Charitable contributions | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 38,217 |
| | 21 | Depletion | 21 | |
| | 22 | Advertising | 22 | 7,102 |
| | 23 | Pension, profit-sharing, etc., plans | 23 | |
| | 24 | Employee benefit programs | 24 | |
| | 25 | Reserved for future use | 25 | |
| | 26 | Other deductions (attach statement)   *Other Deductions Statement* | 26 | 517,890 |
| | 27 | **Total deductions.** Add lines 12 through 26 ► | 27 | 996,339 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -53,105 |
| | 29a | Net operating loss deduction (see instructions) | 29a | 277,020 |
| | b | Special deductions (Schedule C, line 24) | 29b | |
| | c | Add lines 29a and 29b | 29c | 277,020 |
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -330,125 |
| | 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0 |
| | 32 | 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | 32 | |
| | 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | 33 | 0 |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ► ☐ | 34 | |
| | 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | |
| | 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | 0 |
| | 37 | Enter amount from line 36 you want: **Credited to 2020 estimated tax** ►    **Refunded** ► | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer    Date    Title: **President**

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | |
|---|---|---|
| Print/Type preparer's name: Ryan Gerard | Preparer's signature: Ryan Gerard | Date 03/17/2020 |
| Check ☐ if self-employed | | PTIN P01818494 |
| Firm's name ► Insight Accounting Solutions LLC | | Firm's EIN ► 45-4032796 |
| Firm's address ► 110 Gage Blvd Ste 100 Richland WA 99352 | | Phone no. (509) 943-1500 |

For Paperwork Reduction Act Notice, see separate instructions.   REV 03/04/20 PRO

Form **1120** (2019)

BAA

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . | | | |
| 15 | Section 965(a) inclusion . . . . . . . . . . . . . . . | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . . . . . . | | | |

REV 03/04/20 PRO　　　　　　　　　　　　　　　　　　　　　　　Form **1120** (2019)

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | |
|---|---|---|---|

**Part I–Tax Computation**

| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | |
|---|---|---|---|
| 2 | Income tax. See instructions | 2 | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Other (see instructions—attach statement) | 9f | |
| 10 | **Total.** Add lines 9a through 9f | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 0 |

**Part II–Section 965 Payments** (see instructions)

| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 | 12 | |
|---|---|---|---|

**Part III–Payments, Refundable Credits, and Section 965 Net Tax Liability**

| 13 | 2018 overpayment credited to 2019 | 13 | |
|---|---|---|---|
| 14 | 2019 estimated tax payments | 14 | |
| 15 | 2019 refund applied for on Form 4466 | 15 | ( ） |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | 0 |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | 0 |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Form 8827, line 5c | 20c | |
| d | Other (attach statement—see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 | 0 |

Form **1120** (2019)

REV 03/04/20 PRO

| **Schedule K** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** ☒ Cash    **b** ☐ Accrual    **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 111210

**b** Business activity ▶ Farming

**c** Product or service ▶ Fruits & Vegetables

**3** Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group? . . . . . . . | | | | ✕

If "Yes," enter name and EIN of the parent corporation ▶ _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . | | | | ✕

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . | | | ✕ |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. | | | | ✕

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | ✕

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . | | | | ✕

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? | | | | ✕

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) . . . . . . . . . . . . . . . | | | 1

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $    277,020.

20-02003-WLH11    Doc 1    Filed 11/06/20    Entered 11/06/20 15:17:38    Pg 19 of 46

| Schedule K | Other Information *(continued from page 4)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . | | × |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? . . . . . . . . | × | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . | × | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . | | × |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . | | × |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . | | × |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . | | × |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . | | × |
| 24 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . | | × |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . | | × |
| | If "Yes," enter amount from Form 8996, line 14 . . . . . ▶ $ | | |

REV 03/04/20 PRO

Form **1120** (2019)

20-02003-WLH11    Doc 1    Filed 11/06/20    Entered 11/06/20 15:17:38    Pg 20 of 46

| **Schedule L** | **Balance Sheets per Books** | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . | | 52,444. | | 140,927. |
| 2a | Trade notes and accounts receivable . . | 3,103. | | 2,402. | |
| b | Less allowance for bad debts . . . | ( ) | 3,103. | ( ) | 2,402. |
| 3 | Inventories . . . . . . . | | | | |
| 4 | U.S. government obligations . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . | | | | |
| 6 | Other current assets (attach statement) . | | 620,662. | | 687,695. |
| 7 | Loans to shareholders . . . . | | | | |
| 8 | Mortgage and real estate loans . . . | | | | |
| 9 | Other investments (attach statement) . . | | | | |
| 10a | Buildings and other depreciable assets . | 1,562,001. | | 1,586,263. | |
| b | Less accumulated depreciation . . . | ( 1,382,308. ) | 179,693. | ( 1,420,525. ) | 165,738. |
| 11a | Depletable assets . . . . . | | | | |
| b | Less accumulated depletion . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . | | | | |
| 13a | Intangible assets (amortizable only) . . | 12,945. | | 17,245. | |
| b | Less accumulated amortization . . . | ( 12,945. ) | 0. | ( 17,245. ) | 0. |
| 14 | Other assets (attach statement) . . . | | | | |
| 15 | Total assets . . . . . . | | 855,902. | | 996,762. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 651,757. | | 751,759. |
| 18 | Other current liabilities (attach statement) . | | 3,765. | | 42,453. |
| 19 | Loans from shareholders . . . . | | 1,114,103. | | 1,198,399. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 92,728. | | 72,645. |
| 21 | Other liabilities (attach statement) . . | | | | |
| 22 | Capital stock: a Preferred stock . . | | | | |
| | b Common stock . . . | 30,000. | 30,000. | 30,000. | 30,000. |
| 23 | Additional paid-in capital . . . . | | 38,519. | | 38,519. |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated . . | | -946,295. | | -1,008,338. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock . . . | | ( 128,675. ) | | ( 128,675. ) |
| 28 | Total liabilities and shareholders' equity . | | 855,902. | | 996,762. |

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . | -62,043. | 7 | Income recorded on books this year not included on this return (itemize): | | |
| 2 | Federal income tax per books . . . . | | | Tax-exempt interest $ _____ | | |
| 3 | Excess of capital losses over capital gains . | | | _____ | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | _____ | | |
| | _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . $ _____ | | |
| a | Depreciation . . . $ _____ | | b | Charitable contributions $ _____ | | |
| b | Charitable contributions $ 3,750. | | | _____ | | |
| c | Travel and entertainment $ 5,188. | | 9 | Add lines 7 and 8 . . . . . | | |
| 6 | Add lines 1 through 5 . . . . . | 8,938. | 10 | Income (page 1, line 28)—line 6 less line 9 | | -53,105. |

| **Schedule M-2** | **Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)** |
|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . | -946,295. | 5 | Distributions: a Cash . . . | | |
| 2 | Net income (loss) per books . . . . | -62,043. | | b Stock . . . | | |
| 3 | Other increases (itemize): _____ | | | c Property . . . | | |
| | _____ | | 6 | Other decreases (itemize): _____ | | |
| | _____ | | 7 | Add lines 5 and 6 . . . . . | | |
| 4 | Add lines 1, 2, and 3 . . . . . | -1,008,338. | 8 | Balance at end of year (line 4 less line 7) | | -1,008,338. |

20-02003-WLH11    Doc 1    Filed 11/06/20    Entered 11/06/20 15:17:38    Pg 21 of 46

# Information on Certain Persons Owning the Corporation's Voting Stock

► Attach to Form 1120.
► See instructions on page 2.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| Kamiak Vineyards Inc | 91-1023670 |

**Part I**   **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Jeffrey J Gordon | ███-6133 | US | 100 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

REV 03/04/20 PRO

Schedule G (Form 1120) (Rev. 12-2011)

20-02003-WLH11    Doc 1    Filed 11/06/20    Entered 11/06/20 15:17:38    Pg 22 of 46

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)** | **2019** |
| Department of the Treasury<br>Internal Revenue Service  (99) | ▶ Attach to your tax return.<br>▶ Go to *www.irs.gov/Form4562* for instructions and the latest information. | Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Kamiak Vineyards Inc | Form 1120 Farming | 91-1023670 |

**Part I**  **Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . | **1** | 1,020,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . | **3** | 2,550,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12  ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  **Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . | **16** | 0. |

**Part III**  **MACRS Depreciation (Don't include listed property. See instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 . . . . . . | **17** | 24,679. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B—Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only—see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | 6,427. | 5.0 yrs | HY | 200 DB | 1,285. |
| c  7-year property | | | | | | |
| d  10-year property | | 3,199. | 10.0 yrs | HY | S/L | 160. |
| e  15-year property | | 12,232. | 15.0 yrs | HY | 150 DB | 612. |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

**Part IV**  **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . | **21** | 11,481. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 38,217. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.  BAA  REV 03/04/20 PRO  Form **4562** (2019)

**Part V** Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No   24b If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/Investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| #813 1999 Chevy S10 4x4 | 01/27/99 | 100% | 15,063. | 15,063. | 5.00 | 150 DB-HY | 0. | |
| 2011 Kia Sorento | 03/30/11 | 100% | 47,566. | 47,566. | 5.00 | 200 DB-MQ | 1,775. | |
| See Additional Listed Property Statement | | % | | | | | 9,706. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . | | | | | **28** | | 11,481. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . | | | | | | **29** | | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (don't include commuting miles) . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 . | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours? . . | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions. . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year (see instructions): | | | | | |
| Loan Fees - LoanMe | 02/01/2019 | 4,300. | 163 | 1.00 yrs | 4,300. |
| 43 Amortization of costs that began before your 2019 tax year . . . . . . . . . **43** | | | | | 0. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . **44** | | | | | 4,300. |

20-02003-WLH11   Doc 1   Filed 11/06/20   Entered 11/06/20 15:17:38   Pg 24 of 46

Name as Shown on Return
Kamiak Vineyards Inc

Employer Identification No.
91-1023670

| Other Current Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| Loan to Gordon Brothers Cellars, Inc. 2018 | 620,662. | 481,815. |
| Loan to Gordon Brothers Cellars, Inc. 2019 | 0. | 205,880. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 6 . . . . . . . . . . . . . ▶ | 620,662. | 687,695. |

| Other Investments: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 9 . . . . . . . . . . . . . ▶ | | |

| Other Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 14 . . . . . . . . . . . . . ▶ | | |

| Name | Employer Identification No. |
|------|------------------------------|
| Kamiak Vineyards Inc | 91-1023670 |

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|-----------------------------|-----------------------|-----------------|
| Accrued FUTA | 30. | 856. |
| Accrued L&I | 1,274. | 2,022. |
| Accrued SUI | 1,188. | 1,593. |
| CC Payable | 1,273. | 37,742. |
| Accrued Other Payroll Liabilities | 0. | 240. |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 18 . . . . . . . . . . . . . ▶ | 3,765. | 42,453. |

| Other Liabilities: | Beginning of tax year | End of tax year |
|---------------------|-----------------------|-----------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 21 . . . . . . . . . . . . . ▶ | | |

| Retained Earnings — Appropriated: | Beginning of tax year | End of tax year |
|------------------------------------|-----------------------|-----------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 24 . . . . . . . . . . . . . ▶ | | |

| Adjustments to Shareholders' Equity: | Beginning of tax year | End of tax year |
|---------------------------------------|-----------------------|-----------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 26 . . . . . . . . . . . . . ▶ | | |

| Name | Employer Identification Number |
|------|-------------------------------|
| Kamiak Vineyards Inc | 91-1023670 |

### Important Information

For taxable years ending after December 31, 2017, Net Operating Loss (NOL) rules for carrybacks and carryforwards have changed under the Tax Cuts and Jobs Act (TCJA). Except for certain farming and insurance company (other than life insurance) losses, NOLs can no longer be carried back. NOLs can now be carried forward indefinitely.

### NOL's under Tax Cuts and Jobs Act of 2017 Smart Worksheet

A Is the Net Operating Loss from certain farming losses? . . . . . . . . . . . . . . . . . ▶ Yes [X]  No [ ]
B If "Yes" to line A, is the business electing out of the two year carryback? . . . . . . . ▶ Yes [X]  No [ ]
QuickZoom to Form 1139 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

### NOL's under Tax Cuts and Jobs Act of 2017 : Carryover indefinitely

| NOL Carryover Year | A Carryover | B Less Carrybacks | C Adjusted Carryover |
|--------------------|-------------|-------------------|----------------------|
| 2018 . . . . . . . . . . . . . . . . . . . . . . | 196,041. | | 196,041. |

### NOL's under Taxpayer Relief Act of 1997 : Two year carryback, twenty year carryover

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|--------------------|-------------|-------------------------------|----------------------|
| 2017 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2016 . . . . . . . . . . . . . . . . . . . . . | 80,979. | | 80,979. |
| 2015 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2014 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2013 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2012 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2011 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2010 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2009 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2008 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2007 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2005 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2004 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2003 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2002 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2001 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2000 . . . . . . . . . . . . . . . . . . . . . | | | |
| 1999 . . . . . . . . . . . . . . . . . . . . . | | | |
| Totals . . . . . . . . . . . . . . . . . . . . . | 80,979. | | 80,979. |

**NOL's prior to Taxpayer Relief Act of 1997:  Three year carryback, fifteen year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2011 . . . . . . . . . . . . | | | |
| 2010 . . . . . . . . . . . . | | | |
| 2009 . . . . . . . . . . . . | | | |
| 2008 . . . . . . . . . . . . | | | |
| 2007 . . . . . . . . . . . . | | | |
| 2006 . . . . . . . . . . . . | | | |
| 2005 . . . . . . . . . . . . | | | |
| 2004 . . . . . . . . . . . . | | | |
| Totals . . . . . . . . . . . . | | | |

Kamiak Vineyards Inc                                              91-1023670

## Net Operating Loss Summary

| NOL C/O Year | A NOL Carryover Available | B Deduction Allowed in Current Year | C Adjustment Under Section 172(b)(2) | D Remaining Carryover 20 Years | E Remaining Carryover Indefinite | F Remaining Carryover 15 Years* |
|---|---|---|---|---|---|---|
| 2018 . | 196,041. | | | | 196,041. | |
| 2017 . | | | | | | |
| 2016 . | 80,979. | | | 80,979. | | |
| 2015 . | | | | | | |
| 2014 . | | | | | | |
| 2013 . | | | | | | |
| 2012 . | | | | | | |
| 2011 . | | | | | | |
| 2010 . | | | | | | |
| 2009 . | | | | | | |
| 2008 . | | | | | | |
| 2007 . | | | | | | |
| 2006 . | | | | | | |
| 2005 . | | | | | | |
| 2004 . | | | | | | |
| 2003 . | | | | | | |
| 2002 . | | | | | | |
| 2001 . | | | | | | |
| 2000 . | | | | | | |
| 1999 . | | | | | | |
| Totals | 277,020. | | | 80,979. | 196,041. | |

| | |
|---|---|
| Less: Carryover expiring due to 20-year limitation . . . . . . . . . . . . . . . . . . . . . | |
| Less: Carryover expiring due to 15-year limitation . . . . . . . . . . . . . . . . . . . . . | |
| Add: Current year net operating loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 53,105. |
| Less:  Carryback of current year net operating loss . . . . . . . . . . . . . . . . . . . . . | |
| Net operating loss carryover to next year . . . . . . . . . . . . . . . . . . . . . . . . . . | 330,125. |

cpcw7601.SCR  11/08/19

20-02003-WLH11    Doc 1    Filed 11/06/20    Entered 11/06/20 15:17:38    Pg 28 of 46

# Additional information from your 2019 Federal Corporation Tax Return

Form 1120: US Corporation Income Tax Return
Other Income                                                    Continuation Statement

| Description | Amount |
|---|---|
| Proceeds from Crop Insurance | 148,587 |
| USDA Taxable Grants | 38,284 |
| Total | 186,871 |

Form 1120: US Corporation Income Tax Return
Other Deductions                                               Continuation Statement

| Description | Amount |
|---|---|
| Accounting | 3,444 |
| Amortization | 4,300 |
| Automobile and truck expense | 338 |
| Dues and subscriptions | 5,646 |
| Insurance | 81,236 |
| Meals (50%) | 5,188 |
| Miscellaneous | 19 |
| Office expense | 7,710 |
| Supplies | 7,857 |
| Training/continuing education | 1,550 |
| Travel | 148 |
| Utilities | 21,051 |
| Chemicals | 53,780 |
| Cust Hire-Hauling | 2,207 |
| Cust Hire-Other | 22,836 |
| Family Living-No Utilites | 75,195 |
| Fuel & Lubricants | 29,693 |
| Irrigation-Power only | 22,227 |
| Labor Contractor | 134,811 |
| Plant & Soil Testing/Analysis | 10,994 |
| Seed-Replants all | 1,410 |
| Crop Assessments | 6,405 |
| Pollination Costs | 12,656 |
| Equipment Lease | 7,189 |
| Total | 517,890 |

Form 4562 (Form 1120 Farming): Depreciation and Amortization
Line 26 Additional Listed Property Statement

Continuation Statement

| (a) Type of property | (b) Svc Date | (c) Use % | (d) Cost basis | (e) Depr. Basis | (f) Rec. Period | (g) Method | (h) Depr. Deduc. | (i) Elected Section 179 Cost |
|---|---|---|---|---|---|---|---|---|
| 2013 Ford Explorer | 12/20/13 | 100 | 30,397. | 30,397. | 5.00 | 200 DB-HY | 1,975. | |
| 2014 Ford Explorer | 07/25/14 | 100 | 31,075. | 31,075. | 5.00 | 200 DB-HY | 1,790. | |
| 2014 Ford F150 | 03/14/15 | 100 | 29,906. | 14,953. | 5.00 | 150 DB-HY | 2,491. | |
| 2014 Truck Addition | 04/10/15 | 100 | 923. | 0. | 5.00 | 150 DB-HY | 0. | |
| 2017 Ford F-150 | 11/03/17 | 100 | 45,159. | 33,599. | 5.00 | 200 DB-MQ | 3,450. | |
| | | | | | | Total | 9,706. | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  6, 2020**          X **/s/ Jeffrey J. Gordon**
                                                Signature of individual signing on behalf of debtor

                                                **Jeffrey J. Gordon**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name    **Kamiak Vineyards Inc.** |
| United States Bankruptcy Court for the:    **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim amount. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express World Financial Center 200 Vesey Street New York, NY 10285 | | Credit card charges and fees | | | | $6,043.78 |
| American Express World Financial Center 200 Vesey Street New York, NY 10285 | | Credit card charges and fees | | | | $4,938.73 |
| Capital One Bankruptcy Claims Dept. PO Box 30285 Salt Lake City, UT 84130-0285 | | Credit card charges and fees | | | | $24,084.65 |
| Charlie Crawford 28801Hinzerling Road Prosser, WA 99350 | | | | | | $6,128.00 |
| Clifton Larson Allen LLP PO Box 31001-2443 Pasadena, CA 91110-2443 | | Services | | | | $2,867.81 |
| Farm Credit Leasing Services 1665 Utica Ave S Ste 400 Minneapolis, MN 55416-3790 | | Barrel leases & ozone system | | | | $39,813.64 |
| Flagstar Bank 5151 Corporate Drive Troy, MI 48098-2639 | | Credit card charges and fees | | | | $11,751.02 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

20-02003-WLH11     Doc 1     Filed 11/06/20     Entered 11/06/20 15:17:38     Pg 32 of 46

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Franklin County Treasurer PO Box 1011 Pasco, WA 99301** | | **Taxes due** | | | | **$3,933.10** |
| **Green Glass Global 100 Rivercenter Blve., Ste. 415 Covington, KY 41011** | | **Broker** | | | | **$4,634.04** |
| **John Deere Financial PO Box 4450 Carol Stream, IL 60197-4450** | | **Multi-Use Account** | | | | **$22,162.15** |
| **Laffort USA 1460 Cedar Lane, Ste. C Petaluma, CA 94954** | | **Supplier** | | | | **$3,603.81** |
| **LUCID Bookkeeping 6100 Kilawea Drive West Richland, WA 99353** | | **Services** | | | | **$2,500.00** |
| **Mark Peterson 1230 Bridle Drive WA 99052** | | **Money Loaned** | | | | **$145,000.00** |
| **Paragon Insurance Holdings, LLC PO Box 969 Westbrook, CT 06498-0969** | | **Business Insurance** | | | | **$6,043.78** |
| **Rella Reimann 6425 Eagle Crest Drive Pasco, WA 99301** | | **Money Loaned** | | | | **$100,000.00** |
| **Simplot Grower Solutions PO Box 431 Prosser, WA 99350** | | **Supplies** | | | | **$1,434.50** |
| **Tiger Mountain Services 7050 S. 216th St. Kent, WA 98032** | | **Wine Storage** | | | | **$1,500.00** |
| **Time Payment 1600 District Avenue, Ste. 200 Burlington, MA 01803** | | **Equipment for Tasting Room** | | | | **$4,129.30** |
| **US Small Business Administration 10737 Gateway West, #300 El Paso, TX 79935** | | **PPP Loan under CARES Act** | | | | **$54,500.00** |

20-02003-WLH11    Doc 1    Filed 11/06/20    Entered 11/06/20 15:17:38    Pg 33 of 46

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Valley Wine Warehouse PO Box 1308 Madera, CA 93639** | | **Wine Storage** | | | | **$3,200.00** |

# United States Bankruptcy Court
## Eastern District of Washington

In re **Kamiak Vineyards Inc.**          Case No. _____

         Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

☑ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | 10,000.00 |
| The undersigned shall bill against the retainer at an hourly rate of | $ | 300.00 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     d. [Other provisions as needed]
         **Prepare Plan and other documents associated therewith; negotiate Adequate Protection Agreements; assist with filing Monthly Operating Reports**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any adversary proceeding.**

In re   **Kamiak Vineyards Inc.**                          Case No. _____

_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| November 6, 2020 | /s/ John W. O'Leary |
| *Date* | **John W. O'Leary WSBA #33004** |
| | *Signature of Attorney* |
| | **Hames, Anderson, Whitlow & O'Leary** |
| | **601 W. Kennewick Ave** |
| | **P.O. Box 5498** |
| | **Kennewick, WA 99336** |
| | **509-586-7797  Fax: 509-586-3674** |
| | **johno@hawlaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Kamiak Vineyards Inc.**          Case No. _____

                Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeffrey J. Gordon**<br>**531 Levey Road**<br>**Pasco, WA 99301** | | **50%** | **Shares** |
| **Vicki Gordon**<br>**531 Levey Road**<br>**Pasco, WA 99301** | | **50%** | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 6, 2020**           Signature   **/s/ Jeffrey J. Gordon**

                                              **Jeffrey J. Gordon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of Washington**

In re   __Kamiak Vineyards Inc.__                             Case No.  _____

                                      Debtor(s)           Chapter   __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __November  6, 2020__ _____        **/s/ Jeffrey J. Gordon** _____

                                                    **Jeffrey J. Gordon**/President
                                                    Signer/Title

Kamiak Vineyards Inc.
531 Levey Road
Pasco, WA 99301


John W. O'Leary WSBA
Hames, Anderson, Whitlow & O'Leary
601 W. Kennewick Ave
P.O. Box 5498
Kennewick, WA 99336


Ace Sales and Service
PO Box 2481
Pasco, WA 99302


American Express
World Financial Center
200 Vesey Street
New York, NY 10285


Amerigas
204 North Fruitland St.
Kennewick, WA 99336


AXA Equitable Life Insurance Co.
1290 Avenue of the Americas
12th Floor
New York, NY 10104


Bank of Eastern Washington
5205 N Road 68
Pasco, WA 99301


Basin Disposal
PO Box 3850
Pasco, WA 99301


Bill Gordon
204 Willow Court
Pasco, WA 99301

Capital One
Bankruptcy Claims Dept.
PO Box 30285
Salt Lake City, UT 84130-0285


Central Hose & Fitting
2214 N. 4th Avenue
Pasco, WA 99301


Central Industrial Sales, Inc.
PO Box 369
Richland, WA 99352


Charlie Crawford
28801Hinzerling Road
Prosser, WA 99350


Clifton Larson Allen LLP
PO Box 31001-2443
Pasadena, CA 91110-2443


Co-Energy
PO Box 3998
Pasco, WA 99301


Colorado Dept. of Revenue
Liquor Enforcement Division
PO Box 173350
Denver, CO 80217


Columbia Label
1580 Dale Avenue
Benton City, WA 99320


Copiers Northwest
601 Dexter Avenue N.
Seattle, WA 98109

Enoplastic USA
2601 Maxwell Way
Fairfield, CA 94534


Farm Credit Leasing Services
1665 Utica Ave S Ste 400
Minneapolis, MN 55416-3790


Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639


Florida Dept of Regulation
Alcohol Bev & Tobacco Div.
2601 Blair Stone Road
Tallahassee, FL 32399-1022


Franklin County Treasurer
PO Box 1011
Pasco, WA 99301


GelFuzion, Inc.
22403 Cottonwood Springs Blvd.
Kennewick, WA 99338


Gordon Brothers Cellars Inc.
671 Levey Road
Pasco, WA 99301


Grapeland Supply
811 W. Rose St.
Walla Walla, WA 99362


Green Glass Global
100 Rivercenter Blve., Ste. 415
Covington, KY 41011

I-Max, LLC
531 Levey Road
Pasco, WA 99301


Insight Accounting Solutions, LLC
110 Gage Blvd., Ste. 100
Richland, WA 99352


Irrigation Specialists
PO Box 2544
Pasco, WA 99302


John Deere Financial
PO Box 4450
Carol Stream, IL 60197-4450


Laffort USA
1460 Cedar Lane, Ste. C
Petaluma, CA 94954


LUCID Bookkeeping
6100 Kilawea Drive
West Richland, WA 99353


Mark Peterson
1230 Bridle Drive
WA 99052


Mulberry Trample
750 NW Charbonneau St., Ste. 109
Bend, OR 97703


Ohio Division of Liquor Control
6600 Tussing Rd
PO Box 4005
Reynoldsburg, OH 43068-9005

Oxarc
PO Box 2605
Spokane, WA 99220


Oxbo International Corp.
Dept. 478
PO Box 8000
Buffalo, NY 14267


Paragon Insurance Holdings, LLC
PO Box 969
Westbrook, CT 06498-0969


Parsec
8 S. 1st Avenue
Yakima, WA 98904


Pasco Auto Parts - Napa
1724 W. Lewis Street
Pasco, WA 99301


Pasco Tire Factory
1324 North 4th Avenue
Pasco, WA 99301


Prospero Equipment Corporation
123 Castleton St.
Pleasantville, NY 10570


Ranch and Home, Inc.
845 Columbia Center Blvd.
Kennewick, WA 99336


Rangeway Ag Labor LLC
PO Box 547
Othello, WA 99344

Rella Reimann
6425 Eagle Crest Drive
Pasco, WA 99301


Simplot Grower Solutions
PO Box 431
Prosser, WA 99350


Synchrony Bank - Lowes
Bankruptcy Department
PO Box 965061
Orlando, FL 32896-5061


Tiger Mountain Services
7050 S. 216th St.
Kent, WA 98032


Time Payment
1600 District Avenue, Ste. 200
Burlington, MA 01803


US Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155


US Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


Valley Wine Warehouse
PO Box 1308
Madera, CA 93639


VinBalance
6 E. Alder
Walla Walla, WA 99362

WSDA Organic Program
PO Box 42591
Olympia, WA 98504-2560

# United States Bankruptcy Court
### Eastern District of Washington

In re   **Kamiak Vineyards Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kamiak Vineyards Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November  6, 2020

Date

/s/ John W. O'Leary WSBA

**John W. O'Leary WSBA #33004**

Signature of Attorney or Litigant

Counsel for   **Kamiak Vineyards Inc.**

**Hames, Anderson, Whitlow & O'Leary**

**601 W. Kennewick Ave**
**P.O. Box 5498**
**Kennewick, WA 99336**
**509-586-7797 Fax:509-586-3674**
**johno@hawlaw.com**