John W. O'Leary WSBA #33004
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674
johno@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In Re:

KAMIAK VINEYARDS INC.,

    Debtor.

Case No. 20-02003-WLH11

DECLARATION OF JEFFREY J. GORDON IN SUPPORT OF MOTION TO USE CASH COLLATERAL AND MOTION TO SHORTEN TIME FOR NOTICE AND OBJECTION TO DEBTOR'S MOTION TO USE CASH COLLATERAL

I, Jeffrey J. Gordon, do hereby declare under penalty of perjury of the laws of the State of Washington that the following is true and correct:

1. I am over the age of eighteen (18) and make this Declaration based upon my first-hand knowledge. I would be competent to testify to the matters described herein in a Court of Law.

2. I am the President of Debtor, Kamiak Vineyards Inc. ("Kamiak").

3. Kamiak is a farming operation in and around Pasco, Washington. Kamiak filed a Chapter 11 bankruptcy proceeding on November 6, 2020, in the Eastern District of Washington, case number 20-02003-WLH11. I am the President of Kamiak and my wife, Vicki Gordon, is the Secretary. We are also its sole shareholders. Together Vicki and I are personally liable on all debts of Kamiak.

DECLARATION OF JEFFREY J. GORDON IN SUPPORT OF MOTION TO USE CASH COLLATERAL - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

20-02003-WLH11    Doc 12    Filed 11/09/20    Entered 11/09/20 17:12:29    Pg 1 of 6

4. I continue to operate our farming operation pursuant to 11 U.S.C. § 1203.

5. Our headquarters and principal place of business is located at 531 Levey Road, Pasco, Washington.

6. As of November 2020, Kamiak employs approximately 6 people.

7. Kamiak does not have a post-petition line of credit or other operating financing to pay expenses. It utilizes cash flow to pay expenses.

8. The urgency for filing the debtor's Chapter 11 bankruptcy proceeding and its request for use of cash collateral on an emergency basis was necessitated by the entry of a Judgment in favor of BEW in Franklin County Superior Court on October 30, 2020, and the subsequent garnishment of Debtor's bank accounts.

9. The cash collateral which Kamiak seeks to use pursuant to this motion constitutes existing bank accounts, accounts receivable, as well as any future income generated from Kamiak's operations.

10. Kamiak has outstanding immediate payroll obligation of $6,455.86 plus payroll tax of $1,568.54 for payroll from November 4, 2020. This payroll remains unpaid because Kamiak's accounts were frozen pursuant to garnishment by the Bank of Eastern Washington ("BEW"). Kamiak's next payroll is due to be paid on November 18, 2020, in the approximate amount of $7,000. Because BEW has frozen Kamiak's bank accounts with its writ of garnishment, necessitating this bankruptcy, Debtor finds itself in the immediate need for use of cash collateral so, among other things, it can pay the wages currently owing and make payroll beginning November 18, 2020.

11. Given the nature of the business, equipment failure is a serious concern. It is imperative that if equipment were to fail, that I be able to quickly access additional cash collateral to make emergency repairs. I therefore request that the court order a provision in the emergency cash collateral order and subsequent cash collateral orders to state that upon 24

DECLARATION OF JEFFREY J. GORDON IN
SUPPORT OF MOTION TO USE CASH
COLLATERAL - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

20-02003-WLH11   Doc 12   Filed 11/09/20   Entered 11/09/20 17:12:29   Pg 2 of 6

hours' notice via phone call to secured creditor's attorney and absent objection, without further order of the court, I may exceed a budgeted line item in the cash collateral budget, along with the variance afforded by any cash collateral order, in order to address expenditures arising from major equipment breakdown or other emergency expenditures, which, absent immediate use of cash collateral to pay for repairs, would negatively impact business operations.

12. Kamiak's operating expenses and anticipated revenue for November 2020 through April 2021, is set forth in the Budget attached hereto as Exhibit A. Of that, Kamiak requires the urgent use of approximately $6,455.86 to pay wages owing (including payroll tax) for November 4, 2020; future payroll of approximately $7,000 on November 18, 2020 and every bi-weekly pay period thereafter (total of approximately $90,456.00 for all past and future wages through April 30, 2021); insider compensation of approximately $18,000 per month; plus approximately $398,075.00 through April 30, 2021. The total cash collateral requested for the 6-month period through April 30, 2020 is approximately $506,528.00, plus any adequate protection payments approved by the court.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED THIS 9th day of November 2020, at Kennewick, Washington.

*JEFFREY J. GORDON*

DECLARATION OF JEFFREY J. GORDON IN
SUPPORT OF MOTION TO USE CASH
COLLATERAL - 3

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

20-02003-WLH11    Doc 12    Filed 11/09/20    Entered 11/09/20 17:12:29    Pg 3 of 6

# EXHIBIT A

Kamiak Vineyards, Inc.

November 2020 through April 2021 Cash Flow Budget

## REVENUE

| Revenue Source | 11<br>Nov-20 | 12<br>Dec-20 | 1<br>Jan-21 | 2<br>Feb-21 | 3<br>Mar-21 | 4<br>Apr-21 | Total Budget |
|---|---|---|---|---|---|---|---|
| 2020 Grape Sales | 47,959 | 26,867 | | | | 6,103 | 80,929 |
| 2020 Hay Sales | | 42,720 | | | | | 42,720 |
| Gordon Grape Payments | | | | 77,000 | 75,000 | 112,000 | 264,000 |
| Crop Insurance Claims | | 44,000 | | | | | 44,000 |
| *Income* | 47,959 | 113,587 | 0 | 77,000 | 75,000 | 118,103 | 431,649 |

## EXPENSES

| OP'G EXPENSES | 11<br>Nov-20 | 12<br>Dec-20 | 1<br>Jan-21 | 2<br>Feb-21 | 3<br>Mar-21 | 4<br>Apr-21 | TOTAL BUDGET |
|---|---|---|---|---|---|---|---|
| Labor | 10,350 | 10,350 | 10,350 | 10,350 | 10,350 | 10,350 | 62,100 |
| Nelson Wages/Payments | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 84,000 |
| Gordon Payments | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 24,000 |
| Contract/Seasonal Labor | | | 10,000 | 11,350 | 14,800 | 18,100 | 54,250 |
| Chemicals | 1,500 | | | | 3,500 | 14,000 | 19,000 |
| Fertilizer | | | 11,000 | | | 7,500 | 18,500 |
| Pollination Costs | | | | | | | 0 |
| Fuel & Lubrication | 2,000 | 1,000 | 2,000 | 3,000 | 3,000 | 4,000 | 15,000 |
| Irrigation Power | | | | | 2,000 | 2,500 | 4,500 |
| Utilities | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 13,800 |
| Repairs/Maintenance | 3,200 | 2,500 | 4,000 | 4,000 | 4,000 | 4,000 | 21,700 |
| Supplies | 500 | 500 | 500 | 500 | 2,000 | 9,300 | 13,300 |
| Office Supplies | 100 | 100 | 1,000 | 300 | 300 | 300 | 2,100 |
| Equipment Rental | 2,200 | 200 | 200 | 200 | 200 | 2,600 | 5,600 |
| Misc | 300 | 300 | 300 | 300 | 300 | 300 | 1,800 |
| Admin | 1,500 | 1,500 | 7,000 | 3,000 | 3,000 | 3,000 | 19,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Custom Hire | | | | | | 6,000 |
| I-Max Rent | | | 6,000 | 79,206 | | 79,206 |
| Interest Other | 150 | 150 | 150 | 150 | 150 | 900 |
| Insurance MPCI & WFRP | | | | | | 0 |
| Payroll Taxes | 2,922 | 2,922 | 2,922 | 2,922 | 2,922 | 17,532 |
| RE Taxes | | | | | 18,000 | 18,000 |
| Advertising/Promotion | | | | 1,500 | 1,500 | 3,000 |
| Contributions/Donation | | | 800 | 200 | 200 | 1,400 |
| Farm Insurance (TLW) | 1,964 | 1,964 | 1,964 | 1,964 | 1,964 | 11,784 |
| Leased land | | 1,020 | | | | 1,020 |
| Plant/Soil Analysis | | | | 1,000 | 1,000 | 3,000 |
| Crop Assessment | | 6,036 | | | | 6,036 |
| Ttl Op'g Exp's | 46,986 | 48,842 | 78,486 | 138,742 | 71,486 | 121,986 | 506,528 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Beginning Cash Balance | 75,403 | 76,376 | 141,121 | 62,635 | 893 | 4,407 |
| Monthly CASH FLOW | 973 | 64,745 | (78,486) | (61,742) | 3,514 | (3,884) |
| Cumulative Cash Flow | 76,376 | 141,121 | 62,635 | 893 | 4,407 | 524 |